| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 053L 2:15CR00076-001 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | | 2:24-CR-00302- MEMF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Darrin Wright<br>Lancaster, California<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>5/13/2024<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: MMC DEPUTY | Louisiana Eastern | New Orleans |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Kurt D. Engelhardt | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/11/2024 | TO 1/10/2034 |

**OFFENSE**

21 U.S.C. § 846 Conspiracy to Distribute and Posses with the Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Drug Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Violation of supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    LOUISIANA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Central District of California    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/29/2024
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Central    DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/13/2024
*Effective Date*

_Dolly M. Gee_
United States District Judge

1